# United States Bankruptcy Court

### District of Arizona

In re **Jonathan Keith Watkins,**
     **Gemma Sedillo Watkins**

                               Debtors

Case No.   **2:14-bk-13498**

Chapter                **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 23,017.64 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 9,843.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 17,168.29 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 68,618.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 870.10 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 8 | | | 4,986.00 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 23,017.64 | | |
| Total Liabilities | | | | 95,629.29 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re    **Jonathan Keith Watkins,**
       **Gemma Sedillo Watkins**

                   Debtors

Case No.   **2:14-bk-13498**

Chapter             **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 17,168.29 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 17,168.29 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 870.10 |
| Average Expenses (from Schedule J, Line 22) | 4,986.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 870.10 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1,855.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 17,168.29 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 68,618.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 70,473.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **Jonathan Keith Watkins,**
    **Gemma Sedillo Watkins**

Case No.   **2:14-bk-13498**

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

Case 2:14-bk-13498-BKM   Doc 14   Filed 09/17/14   Entered 09/17/14 11:23:47   Desc
Main Document   Page 3 of 30

In re    **Jonathan Keith Watkins,**                     Case No.    **2:14-bk-13498**
        **Gemma Sedillo Watkins**

                                  Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Desert Schools FCU Business Checking Account** | J | 0.00 |
| | | **Desert Schools FCU Business Savings Account** | J | 25.00 |
| | | **Desert Schools FCU Personal Checking Account** | J | 0.00 |
| | | **Desert Schools FCU Personal Savings Account** | J | 25.00 |
| | | **Chase Personal Checking Account** | J | 571.64 |
| | | **Chase Personal Savings Account** | J | 0.00 |
| | | **Desert Schools FCU Personal Checking Account** | C | 0.00 |
| | | **Desert Schools FCU Personal Savings Account** | C | 25.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit** | C | 1,100.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods, furnishings, appliances & electronics** | C | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | C | 300.00 |

                                                  Sub-Total >         **4,546.64**
                                                (Total of this page)

    **3**    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

In re  **Jonathan Keith Watkins,**                                    Case No.   __2:14-bk-13498__
     **Gemma Sedillo Watkins**
                                                                                                ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 7.  Furs and jewelry. | | **Wedding ring ($2,000) and band ($200)** | **W** | 2,200.00 |
| | | **2 watches** | **C** | 250.00 |
| | | **Costume Jewelry** | **C** | 75.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **9mm Handgun & .38 Handgun** | **C** | 225.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Diva's Gems Boutique and Spa** | **C** | 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >    **2,750.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re   **Jonathan Keith Watkins,**                       Case No.   **2:14-bk-13498**
        **Gemma Sedillo Watkins,**

                                      Debtors     ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Chevrolet Uplander LT 150K Miles (Fair condition)** | C | 4,331.00 |
| | | **2004 BMW 745i 91K Miles (Fair condition)** | C | 7,988.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **2 Apple Laptops (Over 2 yrs old. Used for work)** | C | 1,000.00 |
| | | | Sub-Total > (Total of this page) | 13,319.00 |

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re     **Jonathan Keith Watkins,**                                Case No.    **2:14-bk-13498**
            **Gemma Sedillo Watkins**

Debtors ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **2 peticure spas (purchased used over 8 yrs ago. FMV= $600 for both), 2 chairs and one nail table (over 5 yrs old. FMV= $50), nail drill (over 9 yrs old. FMV= $100) and some merchandise (listed under inventory) used as floor models.** | **C** | **1,000.00** |
| 30. Inventory. | | **Boutique Inventory** **29 shirts, 18 pants, 44 pairs of shoewear, 35 hand bags, 19 baseball caps, 11 bottles of perfume, 13 pairs of shorts, 22 sunglasses; all over 5 yrs old. Some articles are used as floor models.** | **C** | **1,377.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Misc Hand Tools** | **C** | **25.00** |

|  |  |
|---|---|
| Sub-Total > | **2,402.00** |
| (Total of this page) | |
| Total > | **23,017.64** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

In re    **Jonathan Keith Watkins,**        Case No.    **2:14-bk-13498**
         **Gemma Sedillo Watkins**

Debtors ,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                           *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase** | **Ariz. Rev. Stat. § 33-1126(A)(9)** | **600.00** | **571.64** |
| **Personal Checking Account** | | | |
| **Household Goods and Furnishings** | | | |
| **Household goods, furnishings, appliances & electronics** | **Ariz. Rev. Stat. § 33-1123** | **12,000.00** | **2,500.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **Ariz. Rev. Stat. § 33-1125(1)** | **1,000.00** | **300.00** |
| **Furs and Jewelry** | | | |
| **Wedding ring ($2,000) and band ($200)** | **Ariz. Rev. Stat. § 33-1125(4)** | **4,000.00** | **2,200.00** |
| **2 watches** | **Ariz. Rev. Stat. § 33-1125(6)** | **300.00** | **250.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **9mm Handgun & .38 Handgun** | **Ariz. Rev. Stat. § 33-1125(7)** | **1,000.00** | **225.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Chevrolet Uplander LT 150K Miles (Fair condition)** | **Ariz. Rev. Stat. § 33-1125(8)** | **6,000.00** | **4,331.00** |
| **2004 BMW 745i 91K Miles (Fair condition)** | **Ariz. Rev. Stat. § 33-1125(8)** | **6,000.00** | **7,988.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **2 Apple Laptops (Over 2 yrs old. Used for work)** | **Ariz. Rev. Stat. § 33-1130(1)** | **5,000.00** | **1,000.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **2 peticure spas (purchased used over 8 yrs ago. FMV= $600 for both), 2 chairs and one nail table (over 5 yrs old. FMV= $50), nail drill (over 9 yrs old. FMV= $100) and some merchandise (listed under inventory) used as floor models.** | **Ariz. Rev. Stat. § 33-1130(1)** | **5,000.00** | **1,000.00** |
| Total: | | **40,900.00** | **20,365.64** |

   **0**    continuation sheets attached to Schedule of Property Claimed as Exempt

In re    **Jonathan Keith Watkins,**
       **Gemma Sedillo Watkins**

Case No.   **2:14-bk-13498**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H  W J C | | | | | | |
| Account No. **02-040683-T** <br><br> **Honor Finance, LLC** <br> **1731 Central St** <br> **Evanston, IL 60201** | | C | **04/12** <br><br> **Purchase Financing** <br><br> **2004 BMW 745i** <br> **91K Miles** <br> **(Fair condition)** | | | | | |
| | | | Value $     **7,988.00** | | | | **9,843.00** | **1,855.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal <br> (Total of this page) | **9,843.00** | **1,855.00** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **9,843.00** | **1,855.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

In re   **Jonathan Keith Watkins,**
      **Gemma Sedillo Watkins**
_____,
Debtors

Case No.   **2:14-bk-13498**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

1   continuation sheets attached

In re **Jonathan Keith Watkins,** Case No. **2:14-bk-13498**
**Gemma Sedillo Watkins**
,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2013 | | | | | | |
| Arizona Department of Revenue Collections Division 1600 W Monroe St Phoenix, AZ 85007 | C | | Business Debt | | | | | 0.00 | |
| | | | | | | | 1,188.63 | | 1,188.63 |
| Account No. | | | 2012 | | | | | | |
| Arizona Department of Revenue Collections Division 1600 W Monroe St Phoenix, AZ 85007 | C | | Business Debt | | | | | 0.00 | |
| | | | | | | | 283.66 | | 283.66 |
| Account No. | | | 2013 | | | | | | |
| Internal Revenue Service 4041 N Central Ave. Phoenix, AZ 85012 | C | | Business Debt | | | | | 0.00 | |
| | | | | | | | 12,786.00 | | 12,786.00 |
| Account No. | | | 2012 | | | | | | |
| Internal Revenue Service 4041 N Central Ave Phoenix, AZ 85012 | C | | Business Debt | | | | | 0.00 | |
| | | | | | | | 2,910.00 | | 2,910.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 17,168.29 | 17,168.29 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 17,168.29 | 17,168.29 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Jonathan Keith Watkins,**
**Gemma Sedillo Watkins**

Case No. **2:14-bk-13498**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ARST0016160000521026** <br><br> **Account Recovery Services** <br> **Attn: Bankruptcy** <br> **3031 N 114th St** <br> **Milwalkee, WI 53222** | | W | **Opened 3/01/12** <br> **Collecting for: Trillium Residential Llc Pp** | | | | **6,040.00** |
| Account No. **6470018130211** <br><br> **American Home Mtg Svci** <br> **Ahmsi / Attention: Bankruptcy** <br> **Po Box 631730** <br> **Irving, TX 75063** | | H | **Opened 7/01/05 Last Active 11/14/05** <br> **Real Estate Mortgage** | | | | **Unknown** |
| Account No. **6470018130229** <br><br> **American Home Mtg Svci** <br> **Ahmsi / Attention: Bankruptcy** <br> **Po Box 631730** <br> **Irving, TX 75063** | | H | **Opened 7/01/05 Last Active 11/14/05** <br> **Real Estate Mortgage** | | | | **Unknown** |
| Account No. **4700510534136** <br><br> **Americn Strl** <br> **11206 E 24 Highway** <br> **Sugar Creek, MO 64054** | | H | **Opened 5/12/05 Last Active 5/12/05** <br> **Real Estate Specific** | | | | **Unknown** |
| | | | Subtotal <br> (Total of this page) | | | | **6,040.00** |

___5___ continuation sheets attached

In re    **Jonathan Keith Watkins,**          Case No.    **2:14-bk-13498**
           **Gemma Sedillo Watkins**
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **5178052288383561**<br><br>**Capital 1 Bank**<br>**Attn: General Correspondence**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | H | | | Opened 2/01/03 Last Active 11/16/05<br>Credit Card | | | | **Unknown** |
| Account No. **528360293352**<br><br>**Chase auto**<br>**Attn: National Bankruptcy Dept**<br>**Po Box 29505**<br>**Phoenix, AZ 85038** | | | W | | Opened 11/01/08 Last Active 11/15/13<br>Automobile | | | | **Unknown** |
| Account No. **2160537**<br><br>**Cnac - AZ 102**<br>**5201 W Glendale Ave**<br>**Glendale, AZ 85301** | | H | | | Opened 3/25/08 Last Active 9/18/10<br>Automobile | | | | **Unknown** |
| Account No. **4447962162727972**<br><br>**Credit One Bank**<br>**Po Box 98873**<br>**Las Vegas, NV 89193** | | | W | | Opened 9/16/08 Last Active 8/05/09<br>Credit Card | | | | **723.00** |
| Account No. **CV2014-001423**<br><br>**Desert Glen**<br>**c/o Lake & Cobb, PLC**<br>**1095 W Rio Salado Pkwy., Ste. 206**<br>**Tempe, AZ 85281** | | | | C | 2014<br>Judgment | | | | **50,989.00** |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims        Subtotal      (Total of this page)     **51,712.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

In re   **Jonathan Keith Watkins,**
      **Gemma Sedillo Watkins**

Case No.   **2:14-bk-13498**

                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 78931000001 <br><br> Ecmc <br> Po Box 16408 <br> St. Paul, MN 55116 | | W | | Opened 4/01/08 Last Active 4/30/12 <br> Educational Wells Fargo Elt Southwest Stud | | | | **Unknown** |
| Account No. 5521443 <br><br> ER Solutions/Convergent Outsourcing, INC <br> Po Box 9004 <br> Renton, WA 98057 | | H | | Opened 4/01/13 <br> Collecting for: Sprint | | | | **232.00** |
| Account No. 3366 <br><br> Fia Csna <br> Po Box 982235 <br> El Paso, TX 79998 | | H | | Opened 12/01/94 Last Active 7/15/96 <br> Credit Card | | | | **Unknown** |
| Account No. 540924520110362 <br><br> First Data Merchant Services <br> 5251 Westheimer Rd. <br> Houston, TX 77056-5404 | | C | | 2014 <br> DG Couture | | | | **180.00** |
| Account No. 5178007945438455 <br><br> First Premier Bank <br> 601 S Minnesota Ave <br> Sioux Falls, SD 57104 | | W | | Opened 2/01/09 Last Active 8/05/09 <br> Credit Card | | | | **311.00** |

Sheet no.  **2**  of  **5**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**723.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re __Jonathan Keith Watkins,__                      Case No. __2:14-bk-13498__
       __Gemma Sedillo Watkins__

                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5178007982922254** <br><br> **First Premier Bank** <br> **601 S Minnesota Ave** <br> **Sioux Falls, SD 57104** | | W | **Opened 7/01/08 Last Active 8/05/09** <br> **Credit Card** | | | | **262.00** |
| Account No. **6008896333729702** <br><br> **GECRB/JC Penny** <br> **Attention: Bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | W | **Opened 12/12/06 Last Active 5/21/07** <br> **Charge Account** | | | | **Unknown** |
| Account No. **280061772** <br><br> **Gmac Mortgage** <br> **3451 Hammond Ave** <br> **Waterloo, IA 50702** | | H | **Opened 6/24/05 Last Active 7/10/06** <br> **Real Estate Mortgage** | | | | **Unknown** |
| Account No. **4204068301** <br><br> **Honor Finance** <br> **1731 Central St** <br> **Evanston, IL 60201** | | C | **Opened 4/02/12 Last Active 7/17/14** <br> **Automobile** | | | | **9,843.00** |
| Account No. **6681005853542** <br><br> **IndyMac Bank/OneWest Bank** <br> **Attn:Bankruptcy Department** <br> **290 Esperanza Crossing** <br> **Austin, TX 78758** | | H | **Opened 6/01/05 Last Active 9/28/05** <br> **Real Estate Mortgage** | | | | **Unknown** |

Sheet no. __3__ of __5__ sheets attached to Schedule of                    Subtotal                  **10,105.00**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re   **Jonathan Keith Watkins,**
       **Gemma Sedillo Watkins**

Case No.   __2:14-bk-13498__

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 2010013174000<br><br>**Lease Financ**<br>**233 N Michigan Ave Ste 1**<br>**Chicago, IL 60601** | | W | | **Opened 3/23/06 Last Active 12/23/09**<br>**Lease** | | | | **Unknown** |
| Account No. 5415773<br><br>**Ocwen Loan Servicing L**<br>**12650 Ingenuity Dr**<br>**Orlando, FL 32826** | | H | | **Opened 1/01/06 Last Active 3/13/06**<br>**Real Estate Mortgage** | | | | **Unknown** |
| Account No. 50000874853<br><br>**Pioner Crdt**<br>**26 Edward St**<br>**Arcade, NY 14009** | | W | | **Maricopa County Juvenile Servi** | | | | **38.00** |
| Account No. 32055040567<br><br>**Saab Financial**<br>**17500 Chenal Pkwy Ste 20**<br>**Little Rock, AR 72223** | | H | | **Opened 10/01/03 Last Active 7/21/05**<br>**Lease** | | | | **Unknown** |
| Account No. 929180560510001200<br><br>**Sallie Mae**<br>**Attn: Claims Department**<br>**Po Box 9500**<br>**Wilkes-Barre, PA 18773** | | W | | **Opened 3/05/03 Last Active 5/09/05**<br>**Educational** | | | | **Unknown** |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**38.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

In re    **Jonathan Keith Watkins,**                                           Case No.    **2:14-bk-13498**
         **Gemma Sedillo Watkins**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **115006043** <br><br> **Sears/cbna** <br> **Po Box 6189** <br> **Sioux Falls, SD 57117** | | W | **Opened 12/01/00  Last Active  4/11/01** <br> **Charge Account** | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **0.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **68,618.00** |

B6G (Official Form 6G) (12/07)

In re  **Jonathan Keith Watkins,**           Case No. __**2:14-bk-13498**__
       **Gemma Sedillo Watkins**
_____,
                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Lease for business**<br><br>**tmobile** | |

**0**

continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 2:14-bk-13498-BKM  Doc 14  Filed 09/17/14  Entered 09/17/14 11:23:47  Desc
Main Document      Page 18 of 30

In re   **Jonathan Keith Watkins,**                                             Case No.    **2:14-bk-13498**
       **Gemma Sedillo Watkins**

                                    Debtors

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**    continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **Jonathan Keith Watkins** |
| Debtor 2 (Spouse, if filing) | **Gemma Sedillo Watkins** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | 2:14-bk-13498 |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Self-employed** | **Self-employed** |
| | Employer's name | **Diva's Gems Boutique & Spa** | **Diva's Gems Boutique & Spa** |
| | Employer's address | | |
| | How long employed there? | 3 yrs | 3 yrs |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 870.10 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 870.10   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 870.10 + $ 0.00 = $ 870.10
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.   $ 870.10

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ■ Yes. Explain: **Husband is currently looking for employment.**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jonathan Keith Watkins** |
| Debtor 2 (Spouse, if filing) | **Gemma Sedillo Watkins** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | **2:14-bk-13498** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses                              12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ■ Yes.  Fill out this information for each dependent..............

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | **Son** | **19** | ☐ No   ■ Yes |
| | | | ☐ No   ☐ Yes |
| | | | ☐ No   ☐ Yes |
| | | | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | **Your expenses** |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.         4. $ _____ **1,100.00**

   **If not included in line 4:**

   | | | | |
   |---|---|---|---|
   | 4a. | Real estate taxes | 4a. $ | **0.00** |
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **0.00** |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **100.00** |
   | 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |

5. **Additional mortgage payments for your residence,** such as home equity loans     5. $ _____ **0.00**

Case 2:14-bk-13498-BKM    Doc 14    Filed 09/17/14    Entered 09/17/14 11:23:47    Desc
Main Document      Page 22 of 30

6. **Utilities:**

| | | | |
|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. $ | 220.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ | 80.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| 6d. | Other. Specify:   **Cellular phones (family plan)** | 6d. $ | 400.00 |
| | **Cable/Internet bundle** | $ | 70.00 |
| | **Gas** | $ | 35.00 |

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. $ | 500.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 230.00 |
| 10. | **Personal care products and services** | 10. $ | 240.00 |
| 11. | **Medical and dental expenses** | 11. $ | 65.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 200.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 25.00 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | |
|---|---|---|---|
| 15a. | Life insurance | 15a. $ | 0.00 |
| 15b. | Health insurance | 15b. $ | 250.00 |
| 15c. | Vehicle insurance | 15c. $ | 240.00 |
| 15d. | Other insurance. Specify: | 15d. $ | 0.00 |

| | | | |
|---|---|---|---|
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |

17. **Installment or lease payments:**

| | | | |
|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. $ | 461.00 |
| 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| 17c. | Other. Specify: | 17c. $ | 0.00 |
| 17d. | Other. Specify: | 17d. $ | 0.00 |

| | | | |
|---|---|---|---|
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:   **Financial Support for relatives in the Phillipines** | 19. $ | 50.00 |

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. $ | 0.00 |
| 20b. | Real estate taxes | 20b. $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |

| | | | |
|---|---|---|---|
| 21. | **Other:** Specify:   **Misc Contingency** | 21. +$ | 120.00 |

| | | | |
|---|---|---|---|
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | 4,986.00 |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 870.10 |
| 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 4,986.00 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -4,115.90 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.
Explain:

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____ Debtor(s) Name: _____ Date Prepared: 07/2014

Receipts and Disbursement for Month Ended _____ [A]

| | | | Amount for Month |
|---|---|---|---|
| **Gross Receipts:** | | | |
| [B] | 1 Gross Sales | $ | 4,742.66 |
| [C] | 2 Less Cost of Goods Sold | $ | |
| | 3 Gross Profit from Sales (subtract line 2 from line 1) | $ | |
| | 4 Add Other Income | $ | |
| | 5 Gross Income (add lines 3 and 4) (A) | $ | |
| **Business Costs and Expenses: (Do not list Chapter 13 Plan payment)** | | | |
| [D] | 6 Business Real Property Rent/Lease | $ | 2100.00 |
| [E] | 7 Business Real Property Utilities | $ | |
| [F] | 8 Salaries/Wages (not included on line 2 above, exclude owner's draw) | $ | 1,899.62 |
| [G] | 9 Employee Benefits | $ | 228.83 |
| [H] | 10 Payroll Tax Deposits | $ | |
| | 11 Sales Tax Deposits | $ | 0 |
| [I] | 12 Other Tax Deposits | $ | 0 |
| [J] | 13 Auto Expense | $ | 215.05 |
| | 14 Repairs/Maintenance | $ | 0 |
| [K] | 15 Insurance on Business (Fire, Theft, Liability, etc.) | $ | 0 |
| | 16 Workman's Compensation Insurance | $ | 0 |
| | 17 Supplies (not included on line 2 above) | $ | 398.74 |
| | 18 Telephone/Internet | $ | 329.55 |
| | 19 Advertising/Promotion Inventory | $ | 184.55 |
| [L] | 20 Travel/Entertainment | $ | 65.35 |
| [M] | 21 Professional Fees Paid (Attorney, Accountant, etc.) | $ | 600.00 |
| | 22 Other Costs/Expense Bank Fee | $ | 100.00 |
| | 23 Total Business Costs and Expenses for Month (B) | $ | 6103.69 |
| | 24 Net Income (Loss) for Month (A minus B) | $ | - 1361.03 |

[N] Total Funds On Hand/In Bank At End Of Month . . . . . . $ 559.44

[O] Total Inventory On Hand At End Of Month . . . . . . $ _____

[P] Total Accounts Receivable (Collectible) At End Of Month . . . . $ _____

[Q] Total Accounts Payable At End Of Month . . . . . . $ _____

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____ Date: 9/12/14

_Jonathan K. Watkins_ Date: 9/12/2014

Form B-6 (12/2000)

*Instruction on Reverse Side*

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____ Debtor(s) Name: _____ Date Prepared: 06/2014

Receipts and Disbursement for Month Ended _____ [A]

| | Amount for Month |
|---|---|
| **Gross Receipts:** | |
| [B] 1 Gross Sales | $ 4,620.54 |
| [C] 2 Less Cost of Goods Sold | $ |
| 3 Gross Profit from Sales (subtract line 2 from line 1) | $ |
| 4 Add Other Income | $ |
| 5 **Gross Income** (add lines 3 and 4) | (A) $ |
| | |
| **Business Costs and Expenses: (Do not list Chapter 13 Plan payment)** | |
| [D] 6 Business Real Property Rent/Lease | $ 2100.00 |
| [E] 7 Business Real Property Utilities | $ |
| [F] 8 Salaries/Wages (not included on line 2 above, exclude owner's draw) | $ 800.00 |
| [G] 9 Employee Benefits | $ 228.83 |
| [H] 10 Payroll Tax Deposits | $ |
| 11 Sales Tax Deposits | $ |
| [I] 12 Other Tax Deposits | $ |
| [J] 13 Auto Expense | $ 279.10 |
| 14 Repairs/Maintenance | $ |
| [K] 15 Insurance on Business (Fire, Theft, Liability, etc.) | $ |
| 16 Workman's Compensation Insurance | # 1150⁰⁰ ← $ |
| 17 Supplies (not included on line 2 above) | $ 223.24 |
| 18 Telephone/Internet | $ 344.13 |
| 19 Advertising/Promotion | $ |
| [L] 20 Travel/Entertainment | ← $ 291.67 |
| [M] 21 Professional Fees Paid (Attorney, Accountant, etc.) | $ |
| 22 Other Costs/Expense   Bank fees | $ 16.97 |
| 23 **Total Business Costs and Expenses for Month** | (B) $ 4744.24 |
| | |
| 24 Net Income (Loss) for Month (A minus B) | $ 123.70 |
| | |
| [N] Total Funds On Hand/In Bank At End Of Month | $ 245.27 |
| | |
| [O] Total Inventory On Hand At End Of Month | $ |
| | |
| [P] Total Accounts Receivable (Collectible) At End Of Month | $ |
| | |
| [Q] Total Accounts Payable At End Of Month | $ |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____   Date: 9/12/14

_____   Date: 9/12/2014
Jonathan K. Watkins

Form B-6 (12/2000)

*Instruction on Reverse Side*

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____ Debtor(s) Name: _____ Date Prepared: 05/2014

Receipts and Disbursement for Month Ended _____ [A]

| | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| [B] 1 Gross Sales | | $ 5345·10 |
| [C] 2 Less Cost of Goods Sold | | $ |
| 3 Gross Profit from Sales (subtract line 2 from line 1) | | $ |
| 4 Add Other Income | | $ |
| 5 **Gross Income** (add lines 3 and 4) | (A) | $ |
| **Business Costs and Expenses: (Do not list Chapter 13 Plan payment)** | | |
| [D] 6 Business Real Property Rent/Lease | | $ 2100.00 |
| [E] 7 Business Real Property Utilities | | $ |
| [F] 8 Salaries/Wages (not included on line 2 above, exclude owner's draw) | | $ 1284.00 |
| [G] 9 Employee Benefits | | $ 228.83 |
| [H] 10 Payroll Tax Deposits | | $ |
| 11 Sales Tax Deposits | | $ 0 |
| [I] 12 Other Tax Deposits | | $ 0 |
| [J] 13 Auto Expense | | $ 229.75 |
| 14 ~~Repairs/Maintenance~~  *Inventory Bag* | | $ 124.85 |
| [K] 15 Insurance on Business (Fire, Theft, Liability, etc.) | | $ 0 |
| 16 Workman's Compensation Insurance | | $ 0 |
| 17 Supplies (not included on line 2 above) | | $ 362.24 |
| 18 Telephone/Internet | | $ 238.82 |
| 19 Advertising/Promotion | | $ |
| [L] 20 Travel/Entertainment | | $ 324.13 |
| [M] 21 Professional Fees Paid (Attorney, Accountant, etc.) | | $ 30.00 |
| 22 Other Costs/Expense *Credit card* | | $ 1308.75 |
| 23 Total Business Costs and Expenses for Month | (B) | $ 5065.37 |
| 24 Net Income (Loss) for Month (A minus B) | | $ 284.73 |

[N] Total Funds On Hand/In Bank At End Of Month ................. $ 361·95

[O] Total Inventory On Hand At End Of Month ................. $

[P] Total Accounts Receivable (Collectible) At End Of Month ................. $

[Q] Total Accounts Payable At End Of Month ................. $

**Under penalty of perjury, I(we) declare that the foregoing information is true and correct.**

Signatures: _____ _____ Date: 9/12/14

_Jonathan K. Watkins_ Date: 9/12/2014

Form B-6 (12/2000)

*Instruction on Reverse Side*

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____ Debtor(s) Name: _____ Date Prepared: 04/2014

Receipts and Disbursement for Month Ended _____ [A]

|  | Amount for Month |
|---|---|
| **Gross Receipts:** |  |
| [B] 1 Gross Sales | $ 5,496.46 |
| [C] 2 Less Cost of Goods Sold | $ |
| 3 Gross Profit from Sales (subtract line 2 from line 1) | $ |
| 4 Add Other Income | $ |
| 5 **Gross Income** (add lines 3 and 4) | (A) $ |
| **Business Costs and Expenses: (Do not list Chapter 13 Plan payment)** |  |
| [D] 6 Business Real Property Rent/Lease | $ 2100.00 |
| [E] 7 Business Real Property Utilities | $ 0 |
| [F] 8 Salaries/Wages (not included on line 2 above, exclude owner's draw) | $ 2542.00 |
| [G] 9 Employee Benefits | $ 0 |
| [H] 10 Payroll Tax Deposits | $ 0 |
| 11 Sales Tax Deposits | $ 0 |
| [I] 12 Other Tax Deposits | $ 0 |
| [J] 13 Auto Expense | $ 155.08 |
| 14 Repairs/Maintenance | $ 174.00 |
| [K] 15 Insurance on Business (Fire, Theft, Liability, etc.) | $ 0 |
| 16 Workman's Compensation Insurance | $ |
| 17 Supplies (not included on line 2 above) | $ 244.58 |
| 18 Telephone/Internet | $ 408.74 |
| 19 Advertising/Promotion | $ |
| [L] 20 Travel/Entertainment | $ 92.15 |
| [M] 21 Professional Fees Paid (Attorney, Accountant, etc.) | $ 150.00 |
| 22 Other Costs/Expense  Credit Card  Fees | $ 100.84 |
| 23 Total Business Costs and Expenses for Month | (B) $ 5966.39 |
| 24 **Net Income (Loss) for Month (A minus B)** | $ 469.93 |
| [N] Total Funds On Hand/In Bank At End Of Month | $ 724.40 |
| [O] Total Inventory On Hand At End Of Month | $ |
| [P] Total Accounts Receivable (Collectible) At End Of Month | $ |
| [Q] Total Accounts Payable At End Of Month | $ |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____  Date: 9/12/14

_____  Date: 9/12/2014

Jonathan R. Watkins

Form B-6 (12/2000)  *Instruction on Reverse Side*

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____ Debtor(s) Name: _____ Date Prepared: 3-20-14

Receipts and Disbursement for Month Ended _____ [A]

| | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| [B] | 1 Gross Sales | $ 8,589.00 |
| [C] | 2 Less Cost of Goods Sold | $ |
| | 3 Gross Profit from Sales (subtract line 2 from line 1) | $ 8589.00 |
| | 4 Add Other Income | $ 0 |
| | 5 Gross Income (add lines 3 and 4) | (A) $ 8,589.00 |
| | | |
| **Business Costs and Expenses: (Do not list Chapter 13 Plan payment)** | | |
| [D] | 6 Business Real Property Rent/Lease | $ 2,100.00 |
| [E] | 7 Business Real Property Utilities | $ 0 |
| [F] | 8 Salaries/Wages (not included on line 2 above, exclude owner's draw) | $ 3,884.28 |
| [G] | 9 Employee Benefits | $ 0 |
| [H] | 10 Payroll Tax Deposits | $ 0 |
| | 11 Sales Tax Deposits | $ 0 |
| [I] | 12 Other Tax Deposits | $ 0 |
| [J] | 13 Auto Expense | $ 245.92 |
| | 14 Repairs/Maintenance | $ 33.00 |
| [K] | 15 Insurance on Business (Fire, Theft, Liability, etc.) | $ 0 |
| | 16 Workman's Compensation Insurance | $ 0 |
| | 17 Supplies (not included on line 2 above) | $ 158.19 |
| | 18 Telephone/Internet | $ 320.53 |
| | 19 Advertising/Promotion | $ 0 |
| [L] | 20 Travel/Entertainment | $ 119.66 |
| [M] | 21 Professional Fees Paid (Attorney, Accountant, etc.) | $ 0 |
| | 22 Other Costs/Expense | $ 0 |
| | 23 **Total Business Costs and Expenses for Month** | (B) $ 6,860.58 |
| | | |
| | 24 **Net Income (Loss) for Month (A minus B)** | $ 1728.42 |
| | | |
| [N] | Total Funds On Hand/In Bank At End Of Month | $ 1194.29 |
| [O] | Total Inventory On Hand At End Of Month | $ |
| [P] | Total Accounts Receivable (Collectible) At End Of Month | $ |
| [Q] | Total Accounts Payable At End Of Month | $ |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _Jerry Mathers_    Date: 9/12/14

_Jonathan K. Watkins_    Date: 3/12/2014

Form B-6 (12/2000)

*Instruction on Reverse Side*

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____ Debtor(s) Name: _____ Date Prepared: **02/2014**

Receipts and Disbursement for Month Ended _____ [A]

Amount for Month

**Gross Receipts:**

| | | | |
|---|---|---|---|
| [B] | 1 Gross Sales | $ | ~~6,333.81~~ |
| [C] | 2 Less Cost of Goods Sold | $ | ~~4,448.63~~ |
| | 3 Gross Profit from Sales (subtract line 2 from line 1) | $ | |
| | 4 Add Other Income | $ | |
| | 5 **Gross Income** (add lines 3 and 4) | (A) $ | |

**Business Costs and Expenses:** (Do not list Chapter 13 Plan payment)

| | | | |
|---|---|---|---|
| [D] | 6 Business Real Property Rent/Lease | $ | 2100.00 |
| [E] | 7 Business Real Property Utilities | $ | |
| [F] | 8 Salaries/Wages (not included on line 2 above, exclude owner's draw) | $ | 540.00 |
| [G] | 9 Employee Benefits | $ | ~~22.83~~ |
| [H] | 10 Payroll Tax Deposits | $ | ~~0~~ |
| | 11 Sales Tax Deposits | $ | ~~0~~ |
| [I] | 12 Other Tax Deposits | $ | ~~0~~ |
| [J] | 13 Auto Expense | $ | - 381.05 |
| | 14 Repairs/Maintenance | $ | |
| [K] | 15 ~~Insurance on Business (Fire, Theft, Liability, etc.)~~  SERVICE FEE | $ | 35.85 |
| | 16 Workman's Compensation Insurance | $ | |
| | 17 Supplies (not included on line 2 above) | $ | ~~139.74~~ |
| | 18 Telephone/Internet | $ | 334.92 |
| | 19 Advertising/Promotion | $ | |
| [L] | 20 Travel/Entertainment | $ | ~~467.73~~ |
| [M] | 21 Professional Fees Paid (Attorney, Accountant, etc.) | $ | ~~500.00~~ |
| | 22 Other Costs/Expense  Bank Fee | $ | 129.77 |
| | 23 Total Business Costs and Expenses for Month | (B) $ | ~~473.83~~ |
| | 24 Net Income (Loss) for Month (A minus B) | $ | - 129.96 |

[N] Total Funds On Hand/In Bank At End Of Month . . . . . $ 559.44

[O] Total Inventory On Hand At End Of Month . . . . . $ _____

[P] Total Accounts Receivable (Collectible) At End Of Month . $ _____

[Q] Total Accounts Payable At End Of Month . . . . . $ _____

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____ _____ Date: 9/12/14

_____ Jonathan _____ Watkins Date: 9/12/2014

Form B-6 (12/2000)                                    *Instruction on Reverse Side*

# United States Bankruptcy Court
## District of Arizona

In re    **Jonathan Keith Watkins**
       **Gemma Sedillo Watkins**
                    Debtor(s)

Case No.    **2:14-bk-13498**

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __29__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 17, 2014**        Signature    **/s/ Jonathan Keith Watkins**
                                                            **Jonathan Keith Watkins**
                                                            Debtor

Date   **September 17, 2014**        Signature    **/s/ Gemma Sedillo Watkins**
                                                            **Gemma Sedillo Watkins**
                                                            Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.